

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Microsoft Online, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 9413176630B | 6/7/2018 | $18,973.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996055 | $148,092.65 | 8/8/2018 | 9413207136 | 7/1/2018 | $66,330.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 413145983AZ033 | 5/10/2018 | $55,618.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 413145983AZ040 | 5/10/2018 | $6,606.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 413145983CZ032 | 5/10/2018 | $772,325.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 413145983CZ039 | 5/10/2018 | $193,081.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 413176630AZ055 | 6/11/2018 | $90,406.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 413176631AZ050 | 6/8/2018 | $1,248,475.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 413207127AZ041 | 7/5/2018 | $1,013,320.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 413207134BZ043 | 7/5/2018 | $99,511.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 413207134BZ055 | 7/5/2018 | $4,523.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 9413082503B | 3/5/2018 | $4,640.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996055 | $148,092.65 | 8/8/2018 | 9413176632 | 6/1/2018 | $81,761.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 9413145983B | 5/4/2018 | $10,155.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $300,000.00 | 9/24/2018 | 9413269288-1 | 9/1/2018 | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | ACH071718A | 7/17/2018 | $2,700,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/1/2018 | $300,000.00 | 10/1/2018 | 9413269288-2 | 9/1/2018 | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/9/2018 | $300,000.00 | 10/9/2018 | 9413301348 | 10/1/2018 | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $300,000.00 | 7/24/2018 | 9413207135 | 7/1/2018 | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $300,000.00 | 7/30/2018 | 9413237856-1 | 8/1/2018 | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $300,000.00 | 8/15/2018 | 9413237855-1 | 8/1/2018 | $177,334.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $300,000.00 | 8/15/2018 | 9413237856-3 | 8/1/2018 | $122,665.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $300,000.00 | 8/22/2018 | 9413237855-2 | 8/1/2018 | $300,000.00 |

Microsoft Online, Inc. (2220123)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $300,000.00 | 8/27/2018 | 9413237855-3 | 8/1/2018 | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $300,000.00 | 8/8/2018 | 9413237856-2 | 8/1/2018 | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $300,000.00 | 9/10/2018 | 9413269289-1 | 9/1/2018 | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $300,000.00 | 9/17/2018 | 9413269289-2 | 9/1/2018 | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006920 | $286,285.13 | 8/30/2018 | 9413112990B | 4/6/2018 | $11,647.05 |

**Totals:**   13 transfer(s),   $3,734,377.78